UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 - 0035 (JR) |
| ) | |
| **U.S. CUSTOMS AND ,** ) | |
| **BORDER PROTECTION,** ) | |
| **U.S. Department of Homeland,** ) | |
| **Security.** ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ANSWER OF DEFENDANT**
**DEPARTMENT OF HOMELAND SECURITY**

**First Defense**

Plaintiff's complaint fails to state a claim upon which relief can be granted.

**Second Defense**

Answering specifically the numbered paragraphs of Plaintiff's complaint, using the same paragraph numbering, and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

1. The allegations contained in this paragraph constitute legal conclusions to which no response is required; but to the extent an answer is required, deny.

2. Defendant admits only that this Court has jurisdiction over this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. Defendant is without sufficient information upon which to form a belief as to the truth or falsity of the averments in this paragraph.

4.     Defendant admits that Customs and Border Protection is an agency of the Federal Government; although, it is not a proper party defendant within the meaning of 5 U.S.C. 552(f) or 5 U.S.C. 552a(1).

5.     Defendant admits the allegations in this paragraph to the extent they allege that defendant received a letter from plaintiff Herrick dated October 12, 2007, requesting names and addresses of certain persons. Defendant denies the allegations of this paragraph to the extent that they allege that plaintiff requested the names of "persons from whom Customs had seized currency and their cases were now closed." The request was for records related to ten (10) specific seizures, some of which were currency and some of which were other property, and some of which were still open cases. Any and all other allegations in this paragraph are denied.

6.     [Omitted in Plaintiff's Complaint].

7.     Defendant admits the allegations in this paragraph to the extent that the "request" was for records related to ten (10) specific seizures, some of which were currency and some of which were other property, and some of which were still open cases. Any and all other allegations in the paragraph are denied.

8.     Defendant admits the allegations in this paragraph to the extent that the appeal pertained to ten (10) specific seizures as stated in paragraph 5 and 6.

9.     Defendant admits that the allegation in this paragraph were true at the time the complaint was filed with the Court, January 8, 2008. However, a response was provided by the agency in a letter dated January 30, 2008.

10.    Defendant denies the allegation in the paragraph to the extent that it alleges that the 20-day appeal period had expired as of the date of filing, January 8, 2008. The appeal period

did not expire until January 10, 2008.

11. The allegations contained in this paragraph constitute a legal conclusion to which no response is required; to the extent that a response is required, deny.

The balance of Plaintiff's complaint consists of the Plaintiff's Prayer for Relief, which does not require a response; to the extent a response is required, deny.

Defendant denies each and every allegation in the complaint that has not been previously otherwise qualified or denied.  Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

WHEREFORE, Defendant requests the Court to enter a judgment:

a. Dismissing the complaint against it with prejudice; and,

b. Awarding it such other and further relief as the Court deems just, equitable and proper.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building

555 4th St., N.W.
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Peter S. Herrick, P.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.  08 - 0035 (JR) |
| | ) | |
| **U.S. CUSTOMS AND ,** | ) | |
| **BORDER PROTECTION,** | ) | |
| **U.S. Department of Homeland,** | ) | |
| **Security.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**Proposed Briefing Schedule**

Plaintiff filed the aforementioned action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifically requesting the U.S. Customs and Border Protection to produce certain records relating to the names and addresses of the identities of persons from whom Customs had seized currency and their cases were closed.  Defendant has released all pertinent records to the Plaintiff except for the addresses of individuals in accordance with and pursuant to 19 CFR § 103.32 and Exemptions (b)(6) and (b)(7)(C) of the FOIA.

As a result, and to the extent that exemptions are claimed on the final release, Defendant desires to file a <u>Vaughn</u> index and motion for summary judgment.  To that end, defendant proposes the following briefing schedule:

  Defendant's Motion for Summary Judgment  March 26, 2008;

  Plaintiff's Opposition  April 11, 2008; and

  Defendant's Reply  April 22, 2008.

**Exhibit A**

The plaintiff consents to the proposed dates as set forth above.

Dated:  February 11, 2008.

                    Respectfully submitted,

                    /s/
                    _____
                    JEFFREY A. TAYLOR, D.C. Bar # 498610
                    United States Attorney

                    /s/
_____
                    RUDOLPH  CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    _____
                    HEATHER D. GRAHAM-OLIVER
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 4th St., N.W.
                    Rm. 4-4808
                    Washington, D.C.  20530
                    (202) 305-1334