IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. CUSTOMS AND ,** )<br>**BORDER PROTECTION,** )<br>**U.S. Department of Homeland,** )<br>**Security.** )<br>)<br>)<br>**Defendant.** )<br>_____) | Case No. 08 - 0035 (JR) |

**AMENDED Proposed Briefing Schedule**

Plaintiff filed the aforementioned action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, specifically requesting the U.S. Customs and Border Protection to produce certain records relating to the names and addresses of the identities of persons from whom Customs had seized currency and their cases were closed. Defendant has released all pertinent records to the Plaintiff except for the addresses of individuals in accordance with and pursuant to 19 CFR § 103.32 and Exemptions (b)(6) and (b)(7)(C) of the FOIA.

As a result, and to the extent that exemptions are claimed on the final release, Defendant desires to change the initial proposed briefing schedule to the following:

Defendant's Motion for Summary Judgment    April 17, 2008;

Plaintiff's Opposition    May 1, 2008; and

Defendant's Reply    May 14, 2008.

The change is due to defense counsel's litigation responsibilities in preparing for trial in <u>Elion v.</u>

HUD, Civ. Act. No. 05-0992 (PLF) scheduled for April 1, 2008.

The plaintiff consents to the proposed dates as set forth above.

Dated: March 26, 2008.

                        Respectfully submitted,

                        /s/
_____
      JEFFREY A. TAYLOR, D.C. Bar # 498610
      United States Attorney

                        /s/

_____
      RUDOLPH  CONTRERAS, D.C. Bar # 434122
      Assistant United States Attorney

                        /s/

_____
      HEATHER D. GRAHAM-OLIVER
      Assistant United States Attorney
      Judiciary Center Building
      555 4th St., N.W.
      Rm. 4-4808
      Washington, D.C.  20530
      (202) 305-1334