IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Peter S. Herrick, P.A.**, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. CUSTOMS AND ,** )<br>**BORDER PROTECTION,** )<br>**U.S. Department of Homeland,** )<br>**Security.** )<br>)<br>)<br>**Defendant.** )<br>_____) | Case No. 08 - 0035 (JR) |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION AND REPLY

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, Department of Homeland Security, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall file an opposition and reply to Plaintiff's Cross Motion for Summary Judgment until June 5, 2008. The filings is otherwise due on Wednesday, May 21, 2008. This is defendant's first request for an extension. Plaintiff consents to the filing of this motion.

The plaintiff brought this action pursuant to the Freedom of Information Act (FOIA) against the Department of Homeland Security. The undersigned counsel in this matter seeks additional time to file a response due, in great part, to her obligations in the following unrelated matters: responding to a subpoena matter in <u>Feinerman et al. v. Bernardi</u>, Civ. No. 08-0759 (RBW), scheduled May 16, 2008, and preparing a Motion for Summary Judgment in <u>Bestor v. DOJ</u>, Civ. No. 06-1745 (RMU), due May 19, 2008.

Accordingly, the defendant's request for an extension of time until June 5, 2008, to file an opposition and reply to Plaintiff's Cross Motion for Summary Judgment, is made for good cause shown and not to cause undue delay of the proceedings.

                                       Respectfully submitted,

                                       /s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                       /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/

                    HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant