IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER S. HERRICK, P.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-0035(JR) |
| ) | |
| U.S. CUSTOMS AND ) | |
| BORDER PROTECTION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ADDITIONAL AUTHORITY

Plaintiff, by its undersigned attorney, respectfully notifies the Court and counsel for the defendant of additional authority in support of its motion for summary judgment, and, states the following:

Last week the undersigned attorney was reviewing an appellate brief filed in the case of Consumer's Checkbook v. U. S. Department of Health and Human Services, 502 F. Supp. 2d 79 (D.D.C. 2007). The following two cases were cited in the brief: Baltimore Sun v. U. S. Marshals Service, 131 F. Supp. 2d 725 (DC MD 2001) wherein the court ordered the U. S. Marshals Service to disclose the addresses of persons who had purchased seized property; and, City of Chicago v. U. S. Department of Treasury, 287 F. 3d 628 (7th Cir. 2002) reversed on other grounds 537 U. S. 1229 (2003) wherein the court ordered the Bureau of Alcohol, Tobacco and Firearms to release the names and addresses of manufacturers, dealers, purchasers and possessors of firearms.

1

Respectfully submitted,

_____/s/_____
PETER S. HERRICK, D.C. Bar #137935
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email: pherrick@bellsouth.net
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by regular U. S. Mail to Heather Graham-Oliver, Esq., Assistant U. S. Attorney, attorney for defendant, 555 4th Street NW, Washington DC 20001 on June 23, 2008.

_____/s/_____
Peter S. Herrick